

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00036-CR

Roberto Hirineo **RODRIGUEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-10-14239-CRSI2
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

After we granted court reporter Sonia G. Treviño's first motion for extension of time to file the reporter's record, we set the record due on March 16, 2020. *See* TEX. R. APP. R. 35.3(c). After the extended due date, the court reporter filed a second request for an extension of time to file the record until March 31, 2020.

The reporter's request is GRANTED. The reporter's record is due on April 6, 2020. *See id.* (limiting any extension in an ordinary appeal to thirty days); *id.* R. 2.

If the court reporter is unable to file the completed record by April 6, 2020, any further request for additional time to file the record **must** be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court